# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO PANARES, JR., | ) | 1:11-cv-00051 MJS HC |
| Petitioner, | ) | |
| | ) | ORDER TO SHOW CAUSE WHY |
| v. | ) | PETITION SHOULD NOT BE DISMISSED |
| | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| MICHAEL L. BENOV, Warden, | ) | [Docs. 2-4] |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On January 13, 2011, the Court issued an Order Regarding Consent or Request for Reassignment. Petitioner was instructed to return the consent or decline form within thirty (30) days of the date of service of the order. Over thirty (30) days passed and Petitioner failed to comply. On February 28, 2011, the Court issued a second Consent or Reassignment Order. Petitioner was again instructed to return the consent or decline form within thirty (30) days of the date of service of the order. Over thirty (30) days have passed, and Petitioner failed to comply. On April 18, 2011, the Court issued a third order, and again Petitioner did not respond. Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///

1  Accordingly, Petitioner is ORDERED TO SHOW CAUSE, within twenty (20) days of
2 service of this order, why the petition should not be dismissed for failure to comply with a court
3 order. Failure to respond to this order will result in dismissal of the action.

6 IT IS SO ORDERED.

7 Dated:   July 28, 2011             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE